**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In re:                                          :
                                                :
GEORGE E. KAZANTZIS,             :    Case No. 12-13491(SCC)
                                                :
                                                :    Chapter 7
                            Debtor.       :
---------------------------------------------------------------X

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon the Motion of H.H. Benfield Electric Supply Company, Inc. d/b/a Benfield Electric Co. ("Benfield") the "Motion") for entry of an order pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)(2) and Rule 4001 of the Federal Rules of Bankruptcy Procedure; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other further notice need be given; and the matter having come on to be considered by this Court at a hearing held on November 6, 2013; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED** that Benfield is granted relief from the automatic stay as to the Debtor's estate, pursuant to 11 U.S.C. §§ 362(d)(1) and (2) and Bankruptcy Rule 4001, *nunc pro tunc* to June 11, 2013, the date of the Chapter 7 trustee's Report of No Distribution, for the purpose of continuing the foreclosure proceedings with respect to the cooperative apartment Unit 5G at 209 East 56th Street, New York, New York (the "Apartment") and continuing the foreclosure sale of the Apartment; and it is further

**ORDERED** that any proceeds from the foreclosure sale in excess of Benfield's lien shall be turned over to the Chapter 7 Trustee or the Debtor, as the Court directs; and it is further

**ORDERED** that the automatic stay shall otherwise remain in effect as to the Debtor, except upon further application to the Court.

Dated: November 7, 2013
New York, New York

> */s/ Shelley C. Chapman*
> HONORABLE SHELLEY C. CHAPMAN
> UNITED STATES BANKRUPTCY JUDGE